No. 4,506.—STATE EX REL. GENEVIEVE LEE, RELATRIX, *v.* GEO. W. HUFFAKER ET AL., RESPONDENTS.

Original application for writ of supervisory control directed to Geo. W. Huffaker, as sheriff of Lewis and Clark County, and A. J. Lemkie, Justice of the Peace.

Decided November 8, 1919.

PER CURIAM.—After considering the evidence introduced by the respective parties upon the issues made by the answer of the respondent Lemkie to the petition for writ of supervisory control, it is ordered and adjudged that the order to show cause be and the same is hereby discharged and the application dismissed, that the writ of habeas corpus issued out of this court on November 4, 1919, also be discharged, and that relatrix be committed to the custody of respondent sheriff.

*Messrs. Galen & Mettler,* for Relatrix.

*Mr. Frank Woody,* Assistant Attorney General, and *Mr. Jos. R. Wine,* Assistant County Attorney for Lewis and Clark County, for Respondents.

---

No. 4,526.—MADGE D. DUGAN, ADMINISTRATRIX, RESPONDENT, *v.* APEX MINING CO. ET AL., APPELLANTS.

*Appeal from District Court of Silver Bow County.*

Decided December 17, 1919.

PER CURIAM.—Upon motion of respondent, the appeal in this cause is hereby dismissed.

*Mr. N. A. Rotering,* for Respondent.